IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

JUL 1 2 20..

| | | |
|---|---|---|
| CITIGROUP INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:12-cv-1389 (GBL/JFA) |
| v. | ) | |
| | ) | |
| CITYCARD.COM, | ) | |
| An Internet Domain Name, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon consideration of the June 21, 2013 Report and Recommendation of United States Magistrate Judge Anderson, who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Anderson.  Accordingly, Plaintiff's Motion for Default Judgment (Doc. 17) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk enter Default Judgment in favor of Plaintiff Citigroup Inc. and against Defendant Domain Name <citycard.com>;

**IT IS FURTHER ORDERED** that VeriSign, Inc. change the registrar of record for <citycard.com> to Corporation Service Company or such other registrar designated by Plaintiff;

**IT IS FURTHER ORDERED** that Corporation Service Company, or other registrar designated by Plaintiff, register <citycard.com> in the name of Citigroup Inc.

**IT IS SO ORDERED.**

ENTERED this 2r day of July, 2013

Alexandria, Virginia
7/ 17/13

_____/s/_____
Gerald Bruce Lee
United States District Judge